# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MUSAB MOHAMED ALHUSSEIN,<br><br>Plaintiff,<br><br>v.<br><br>TELEPHONE AND CABEL COMPANY, et al.<br><br>Defendants. | Civil No. 24-1890 (JRT/TNL)<br><br><br>**ORDER** |

Musab Mohamed Alhussein, Inmate ID: 502202329, Broward County Main Jail, P.O. Box 9356, Ft. Lauderdale, FL 33310, *pro se* plaintiff.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated June 24, 2024 (ECF No. 3), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: July 17, 2024
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge